# EXHIBIT 5

Indiegogo LogoCollection BadgeArtboard 2Contributionsdown-caretFace for reaction of awesome.face-awesome-st0{fill:#ffd32e}.face-awesome-st1{fill:#fbc619}.face-awesome-st2{fill:#db8127}.face-awesome-st3{fill:none}Face for reaction of need info.face-need-info-st0{fill:#ffd32e}.face-need-info-st1{fill:none}.face-need-info-st2{fill:#db8127}.face-need-info-st3{fill:#fbc619}.face-need-info-st4{fill:#bf1d6f}Face for reaction of thanks.face-thanks-st0{fill:#ffd32e}.face-thanks-st1{fill:#db8127}.face-thanks-st2{fill:#fbc619}icon-checkbox-selectedcommunityicon-discover-icon-linkicon-dismiss-keyboard-linkicon-entre-caretArtboard 1Artboard 132 copyfashionfilmhealthArtboardicon-icon-allcategoriesicon-icon-analyticsicon-icon-appsicon-icon-articon-icon-charityicon-icon-checkmarkicon-icon-consoleicon-icon-create-categoryicon-icon-create-durationicon-icon-create-editicon-icon-create-goalicon-icon-create-photoicon-icon-create-storyicon-icon-create-titleicon-icon-dashboardicon-icon-donateicon-icon-editicon-icon-educationicon-icon-embedicon-icon-environmenticon-icon-exclamationicon-icon-facebookicon-icon-filmicon-icon-flagicon-icon-followicon-icon-followingicon-icon-fulfillmenticon-icon-goicon-icon-gplusicon-icon-helpicon-icon-idOval 8icon-icon-instagramicon-icon-iphoneArtboard 1 Copy 52icon-icon-linkFill 1icon-icon-linkedinicon-icon-locationicon-icon-lockicon-icon-mailGroupicon-icon-musicicon-icon-perkicon-icon-personalcauseicon-icon-photographyicon-icon-playbookicon-icon-profileicon-icon-recent-activityicon-icon-religionicon-icon-rightarrowicon-icon-searchshadesicon-icon-shareicon-icon-todoicon-icon-tumblricon-icon-twittericon-icon-viewicon-icon-websiteicon-icon-youtubeArtboard 1musicphonesArtboard 3icon-radiobutton-selectedArtboard 132icon-tooltip-question32leftArtboardrightup-caretArtboard 8 Copy 2

**Explore**    **How It Works**    **START A CAMPAIGN**    **Sign Up**    **Log In**



InDemand

# Ellie. The first ever digital UV sterilizing pod.

Know some new parents or have friends who are expecting? Give the gift of health.



Yitao Liao
Hayward, CA, United States
About

**$138,953** USD total funds raised
318% funded on January 17, 2017

  

OVERVIEW          HEALTH & FITNESS   PROTOTYPE STAGE

FEATURED IN

Products for Kids & Families Collection

PERKS

Germs are a fact of life. Some bacteria are actually beneficial to us. But for dangerous, illness-causing, and potentially life-threatening bacteria and viruses—there's Ellie with patented TRUVIOLET™ technology. Its digital UV light kills germs in a matter of seconds, eradicating E. coli, Salmonella, Staph and

**FEATURED**



Listeria, plus antibiotic-resistant superbugs such as MRSA. It's the most powerful, portable solution for sterilizing bottles, pacifiers and anything babies put in their mouths.

**STORY**  UPDATES (2)  COMMENTS (39)  BACKERS (1,279)

# Perfect for baby and the whole family–at home or on the go.



**$103** USD + Shipping

### 20% off Ellie

SAVE 20% off MSRP! Get Ellie in your choice of color: Pure White, Slate Grey, Arctic Blue or Ultra Violet. Includes USB charger.

Items included:
  Ellie

59 out of 200 claimed

Ships Worldwide

**ESTIMATED SEPTEMBER 2017**

**$23** USD

### Ellie Travel Sleeve 20% OFF!

SAVE 20% off MSRP and free shipping! Already ordered Ellie & forgot to get a travel sleeve? Get our standard travel sleeve to keep Ellie safe from scratches on the go. The handy carry strap allows her to be easily thrown over your shoulder or tied to a stroller. Your choice of color: Arctic Blue or Ultra Violet. FREE SHIPPING!

Items included:
  Travel Sleeve

8 out of 300 claimed

Ships Worldwide

**ESTIMATED SEPTEMBER 2017**

SOLD OUT

**$77** USD

40% off Ellie (free shipping!)

# Why Ellie is perfect for new and expecting parents.



## Goes wherever you go.



Ellie is lightweight and portable enough to take anywhere so you're never without a sterilized bottle, pacifier or teething ring.

Early bird special – SAVE 40% off MSRP! Get Ellie in your choice of color: Pure White, Slate Grey, Arctic Blue or Ultra Violet. Includes USB charger. FREE SHIPPING for first 300 contributors!

Items included:
    Ellie

300 out of 300 claimed

Ships Worldwide

**ESTIMATED APRIL 2017**

SOLD OUT

**$89** USD + Shipping

30% off Ellie

SAVE 30% off MSRP! Get Ellie in your choice of color: Pure White, Slate Grey, Arctic Blue or Ultra Violet. Includes USB charger.

Items included:
    Ellie

250 out of 250 claimed

Ships Worldwide

**ESTIMATED APRIL 2017**

SOLD OUT

**$99** USD

Ellie Ultimate Gift Package

Give Ellie as a gift, and they'll get something extra! A wrapped gift box with a cute Ellie card to let them know it's coming. Gift card ships on 12/15/2016; product ships 4/2017. Once produced, we'll ship an Ellie & travel sleeve, both in your choice of color, & with a USB charger. NOTE: Use the gift recipient's address at checkout. FREE SHIPPING!

Items included:
    Travel Sleeve
    Ellie



Small enough to fit into a diaper bag, Ellie's week-long battery life makes it the perfect sterilizing solution while on the go. It is also the perfect place to hygienically store your baby's bottles and pacifiers.

## Works at the push of a button.



Simple-to-use, one-touch operation allows busy parents to sterilize any items that go into their babies' mouths quickly and easily—even when their hands are full.

300 out of 300 claimed

Ships Worldwide

ESTIMATED APRIL 2017

SOLD OUT

**$180** USD + Shipping

Ellie 2-Pack Friendship Bundle
SAVE 30% off MSRP! Get 2 Ellies in your choice of color: Pure White, Slate Grey, Arctic Blue or Ultra Violet – Keep one for yourself and give one to a friend! Includes 2 USB chargers.

Items included:
Ellie (2)

30 out of 30 claimed

Ships Worldwide

ESTIMATED APRIL 2017

# Eradicates the bad stuff quickly.



Ellie kills 99.9% of harmful germs and bacteria in just 60 seconds without the worry of boiling, steaming or harsh chemicals. The TRUVIOLET technology inside Ellie is 100% mercury free, non-toxic and robust.

## Some common germs and the illnesses they spread

**Staph**
Can cause pneumonia, heart valve infections, bone infection, and life-threatening sepsis (overwhelming infection). Spread through contaminated surfaces or person-to-person contact.

**MRSA**
Can cause skin infections, pneumonia and in severe cases, life-threatening sepsis. Spread through contaminated surfaces or person-to-person contact. Especially dangerous due to its resistance to antibiotics.

**Salmonella**
Can cause diarrhea, fever, and abdominal cramps. Spread through tainted food or water, unhygienic food preparation or poor food storage. Easily passed between children sharing toys or other baby items.

**E. coli**
Can cause diarrhea, fever, urinary tract infections, respiratory illness and pneumonia. Spread through contaminated food and water, or through contact with animals or people. Easily contracted by kids putting objects in their mouths.

**Listeria**
Can cause fever, muscle aches, and diarrhea. Most commonly spread through ingestion of food contaminated with the organism. Potentially life-threatening to pregnant women and their unborn babies.



## If it fits inside, it's sterilized.



Ellie stays useful long after the infant and toddler stages. Continue to use it to sterilize exposed surfaces of everyday items:

- Remote controls
- Mobile phones
- Toothbrushes
- Combs & brushes
- Keys & key fobs
- Headphones/earbuds
- Thermometers

- Small toys
- Kitchen utensils
- Contact lenses
- Mouth guards
- Retainers
- Dentures
- Face masks/CPAP masks

## Charges like a phone.



Forget about finding an outlet or replacing batteries. The battery inside Ellie is micro-USB rechargeable, safe for air travel, and good for at least one week when used up to 20 times a day.

---

# Word is spreading.
# Germs will not.



The world is starting to take notice of the germ-killing power of digital UV light.

**Huffington Post:** "Introducing the microchip of health." Read more.

**Lux Live:** "The effectiveness of UV light at killing germs is becoming increasingly apparent." Read more.

**BizLED Magazine:** "Exposure to UV LED deactivates bacteria significantly faster and more completely than today's disinfection solutions." Read more.

# Key features.

## Ellie with TRUVIOLET is a breakthrough in sterilization technology.



1. BPA-free, non-toxic plastic

2. UV-filtered viewing window

3. Four TRUVIOLET digital UV light LED modules

4. Easy-to-clean, food-safe, aluminum-coated surfaces

5. Two-bottle capacity with electroplated rotatable shelf

6. Safety latch (Ellie won't operate unless door is secure)



Simple-to-use, one-touch operation.



Sterilizes bottles, pacifiers and more in 60 seconds.



Destroys 99.9% of harmful germs on exposed surfaces.



Lightweight with easy-to-carry foldable handle.



Micro USB rechargeable with one-week battery life.



Purifies water for mixing formula.



In addition to sterilizing bottles and more, Ellie can also purify water for mixing formula no matter where you are.





# The patents behind Ellie's germ-killing power.

### US Patent 8816300
Portable UV-LED water purification system

### US Patent 8884258
Ultraviolet light source and methods

### US Patent 8987755
Ultraviolet light emitting diode structures and methods of manufacturing the same

### US Patent 9112103
Backside transparent substrate roughening for UV light emitting diode

### US Patent 9219204
Semiconductor device and a method of making a semiconductor device

### US Patent 9318652
Ultraviolet light emitting diode structures and methods of manufacturing the same

### US Patent 9455300
Pixel array of ultraviolet light emitting devices

### US Patent 9461198
Backside transparent substrate roughening for UV light emitting diode

### US Patent 9468695
Ultraviolet light source and methods



Ellie is available in four colors: Stone Grey, Arctic Blue, Ultra Violet, and Pure White.

---

# Announcing the end of an era.



Forget about the hassle of boiling or the worry of melting or eroding bottles.



Put an end to the danger of burning your hands while steaming.



Wave goodbye to the concerns over BPAs leaching.



Toss out the harsh soaps and chemical cleansers that can erode or melt bottles and cause harm to parents' hands and

babies' delicate systems.

## Nothing compares to Ellie.

Say hello to Ellie with digital UV LED technology—the fastest, easiest and safest way to sterilize bottles, pacifiers and more. Everywhere.

| | FAST | SAFE | EASY | PORTABLE |
|---|:---:|:---:|:---:|:---:|
| Boiling | ○ | ○ | ○ | ○ |
| Steam | ○ | ○ | ○ | ○ |
| Microwave | ● | ○ | ○ | ○ |
| Chemical | ○ | ○ | ● | ● |
| UV mercury lamp | ○ | ○ | ● | ● |
| TRUVIOLET | ● | ● | ● | ● |

## Killing germs made easy.



# TRUVIOLET:
# The last thing germs
# will ever see.



## The technology.

Ellie's patented TRUVIOLET technology uses powerful UV
light to safely kill 99.9% of viruses, bacteria and a wide
range of microbes, including those that are antibiotic and
chemical resistant. TRUVIOLET is the most advanced and
effective UV LED technology developed to kill germs
everywhere, including water, air and surfaces.



## How is UV light successfully used for sterilizing?



**David J. Weber, MD, MPH**

Dr. Weber is a Professor of Medicine and Pediatrics at the

University of North Carolina School of Medicine and a Professor of Epidemiology at the UNC Gillings School of Global Public Health. He also serves as the Medical Director of the Departments of Hospital Epidemiology (Infection Control) and Occupational Health, UNC Health Care. He is board-certified in internal medicine, infectious disease, critical care medicine, and preventive medicine.

## It's a germ torture chamber.



4 total UV LED modules (2 top; 2 bottom) leaves nowhere for germs to hide.

## TRUVIOLET: It's not just for babies.



**Healthcare Disinfection**
UV LEDs disinfect medical instruments,
high-touch surfaces as well as air and water inside
of hospitals and other healthcare facilities.



**Water Purification**
UV LEDs can bring clean water to millions
by adding point-of-use purification treatment to
faucets, pipes and portable water containers.



**Food & Beverage Processing**
UV LEDs disinfect liquids, food surfaces and air
to reduce the spread of common foodborne illnesses
without the use of hazardous chemicals.



**Transport & Public Areas**
Disinfecting UV LEDs can be used in
ventilation systems or incorporated into high-touch
areas like buttons on ticket machines and doorways.

# Perks.

Check back often to see the very latest Ellie perks. Limited
quantities available.





$89
$129 (30% off)

Ellie

Available in 4 colors

$22
$29 (25% off)

Ellie travel sleeve

Travel sleeve
available in
2 colors

$180
$258 (30% off!)

Ellie 2-pack
friendship bundle

2X

Available in 4 colors

$450
$645 (30% off)

Ellie 5-pack
family bundle

5X

Available in 4 colors

$900
$1,290 (30% off)

Ellie 10-pack
distributor bundle

10X

Available in 4 colors

# Stretch Goal Perks.

As we hit our fundraising milestones, additional perks will
continue to unlock.

## $200K Goal



### Donate an Ellie!

For a contribution of only $1, we'll donate one Ellie in Arctic White to charity. Includes USB charger. Limit 1 per backer.

## $600K Goal



### Sponsor an entrepreneur from an underdeveloped region to improve health and hygiene.

Sponsor an entrepreneur from a developing country or underdeveloped region with health and hygiene issues around their water, air and surfaces. We'll select a deserving recipient on your behalf who will receive a FREE developer kit, which includes: 100 UV LEDs; PCB electronic boards; batteries; heat-sink and optics; a set of Petri dishes; and 2 hours of an Application Engineer's time to support prototyping their idea. Each developer kit has a total value of $750!

## $600K Goal



### Buy one Ellie and we'll donate one!

Buy one Ellie for full MSRP in your choice of color: Pure White, Slate Grey, Arctic Blue or Ultra Violet—and we'll donate one Ellie in Arctic White to charity. Includes USB chargers. You pay flat rate shipping just for your Ellie: $10 US and Canada; $40 International.

# A tiny microchip with huge global potential.



## An open letter from our founder.

Dear Friends,

Thank you for your support. It's because of backers, friends and family like you that we're able to launch our first product —Ellie—with TRUVIOLET™ technology inside.

And this is just the beginning of a larger dream: to use our advanced digital UV technology to keep babies and kids all across the world safer from harmful germs.

The fact that 3.4 million people, mostly children, die annually from water-related diseases is one of the driving forces behind our technology.

These illnesses and deaths are preventable.

By simply harnessing the power from the sun using solar cells, storing it in a battery and unleashing the germ-killing power of TRUVIOLET technology, we can create on demand, point-of-use water purification, especially in

countries and rural regions without centralized water or electrical supply.

I'd like to take this opportunity to invite you to join our movement. Our launch is the last piece to complete this equation, so please help us get this technology to the people all over the globe who need it most.

Once again, I sincerely thank you for your continued support. Together we can use TRUVIOLET to save the lives of millions.

Warm regards,

Yitao Liao
Founder and Chief Innovation Officer, RayVio

---

# Timeline.



**2002**
Dr. Yitao Liao witnesses the devastating spread of the SARS virus while attending college in China.

**2006-2011**
Dr. Liao develops UV LED technology to kill germs as his PhD thesis research at the Boston University Photonics Center, advised by blue LED light pioneer Professor Theodore Moustakas.

**2011**
Dr. Liao wins a Boston University competition and receives $50k to commercialize UV LED sterilization clean water, air and surface environments to the world.

**2012-2015**
Dr. Liao co-founds RayVio to commercialize TRUVIOLET™ digital UV technology and establish a high volume, state-of-the-art manufacturing site of UV LEDs in Silicon Valley.

**Summer 2015**
In response to unmet demand for the portable, safe sterilization of baby feeding products, the first prototype of Ellie, a TRUVIOLET digital UV sterilizer, is developed.

**Summer 2016**
Working with industrial design firm Whipsaw, a second generation prototype of Ellie is developed.

**November 2016**
Ellie launches on Indiegogo.

**February 2017**
Engineering build and pre-production of Ellie.

**March 2017**
Pre-production build and pilot build prep; certification and testing.

**April 2017**
Production starts; first batch of Ellies to ship.

**May 2017**
100 Ellies to be donated to charity.

**June 2017**
"Change the World in Sixty Seconds Summit" in San Francisco to be held.

# The RayVio team.



**Dr. Yitao Liao / Chief Innovation Officer**

Dr. Liao is CIO of RayVio and also serves on its board of directors. Dr. Liao is responsible for driving overall strategy and development of RayVio's business; with a particular focus on RayVio's UV-LED healthcare and consumer products and partnerships. Dr. Liao co-developed RayVio's core material technology at Boston University. He was formerly an epitaxial growth scientist at Philips Lumileds. He has a PhD in Electrical Engineering from Boston University.



**Dr. Robert C. Walker / CEO**

Dr. Walker is CEO of RayVio, serves on its board of directors and also speaks for the company's mission at healthcare and consumer wellness events. Dr. Walker has 20 years of experience in the LED and compound semiconductor world, particularly in Asia, and 6 years of venture capital experience. He was formerly a Partner at Sierra Ventures and CEO of BridgeLux. He has a PhD in Physics from Caltech.



**Dr. Doug Collins / CTO & VP of Engineering**

Dr. Collins is responsible for all aspects of technology and technology development across RayVio. Dr. Collins has more than 20 years of experience in semiconductor device design and development, encompassing epitaxial materials growth, device fabrication, manufacturing, test and reliability. He held a variety of positions at EMCORE, including Principal Scientist, reporting to the CTO. He has a PhD in Physics from Caltech.



**Matthew Loyd / Chief Marketing Officer**

Mr. Loyd is responsible for all marketing materials related to the product launch of Ellie. He has over 15 years of brand marketing experience for companies such as Clif Bar, Method, Gap, Mosey and most recently, Misfit Wearables. In addition to his years spent in the business world, Mr. Loyd has recently received his MBA in Design Strategy from California College of the Arts in San Francisco.

# FAQs

**Are all bacteria bad?**

Absolutely not. Many are beneficial to people and help us build healthy immune systems. But some germs are dangerous and life threatening—especially to babies and their underdeveloped immune systems. Most adults have fully developed immune systems, but babies and infants don't and should have additional protection from potentially harmful germs. And now with Ellie, they do.

**Why not sterilize like my parents did?**

The biggest risks are new and emerging viruses, like superbugs, that simply weren't a threat to ours and previous generations. Superbugs are resistant to some or all of the most commonly used antibiotics. However, superbugs are fully susceptible to the TRUVIOLET™ UV light found in Ellie. Just 60 seconds in Ellie and superbugs are rendered completely harmless. So without muss or fuss, boiling water or steam, Ellie safely and quickly sterilizes in 60 seconds. And you can take it with you wherever you go.

**What is TRUVIOLET?**

TRUVIOLET is the most advanced and effective digital UV LED technology developed. TRUVIOLET is compact and powerful, fast and convenient, deadly to superbugs, and completely safe to use. Most existing UV solutions feature mercury lamps, which can easily break. TRUVIOLET, on the other hand, is a microchip. So Ellie is 100% mercury free and completely non-toxic.

**How does TRUVIOLET kill germs?**

When germs are exposed to the ultraviolet light of TRUVIOLET, they absorb it and trigger a photochemical reaction that breaks their DNA. Once their DNA is destroyed, the germs can't replicate and pose no threat to babies, infants, children, adults, or pets.

**Aren't we supposed to avoid UV light?**

UV light occurs naturally; you're exposed to it whenever you're exposed to sunlight. While everyone needs some exposure to UV light to stay healthy, it's also important to protect our skin and eyes from intense exposure. Ellie is designed so that neither caregiver nor baby is ever exposed to the UV light. It is 100% contained inside the case. When Ellie's door is opened, the UV LEDs turn off.

**Where else is UV light used?**

Ultraviolet light is widely used in hospitals to disinfect patient rooms where it eliminates bacteria and viruses like E. coli, Staph and other germs that can cause severe illness or death. It's also used to fight superbugs such as MRSA that can't be killed by traditional methods using chemicals or antibiotics. UV light is also used for skin therapy to combat diseases like psoriasis, eczema, rickets and jaundice. In every case, UV light has proven to be effective at disinfecting and sterilizing surfaces, air, water and objects to prevent disease and illness.

**What infections does Ellie prevent?**

Ellie helps prevent infections such as MRSA (which causes pneumonia, meningitis, and septicemia); E. coli (which causes diarrhea and septicemia); Pseudomonas aeruginosa (which causes diarrhea); and Salmonella (which causes fever, vomiting, diarrhea and nausea).

**How effective is Ellie?**

Independent third party laboratories have tested the TRUVIOLET technology inside Ellie and confirm that it eradicates superbugs and more with 99.9% germicidal efficacy in just 60 seconds.

**How do I use Ellie?**

Simply place bottles, binkies, small toys and anything else that needs to be sterilized inside Ellie. Use a wet wipe or water to remove any dirt or milk on the objects. Put the bottle upside down with the opening facing the UV LED. Place the nipple on the middle shelf where UV LED light can

get into both the exterior and interior surfaces. Rest
pacifiers at the bottom, below the shelf next to the bottle.
Close the door, making sure it's locked, and press the
button at the top. In 60 seconds, everything is sterilized.

**Does Ellie need batteries?**
Ellie uses a rechargeable battery with micro-USB charging
interface. It's safe for air travel and good for at least one
week when used up to twenty times a day.

**Why is Ellie's interior coated with aluminum?**
Ellie's sterilization chamber is coated with highly reflective,
food-safe aluminum material to help bounce the sterilizing
UV light multiple times—and in numerous directions—back
and forth inside the chamber. This helps expose the
maximum surface area of the baby's feeding products to the
ultraviolet light.

**Is Ellie BPA free?**
Yes, Ellie is made of high quality, BPA-free, food-grade
plastics to ensure the highest quality, safety, and
environmental responsibility.

**Can Ellie sterilize breast pump accessories?**
Ellie can be used to sterilize parts from common breast
pumps, such as the cup, nipple shield, connector valves and
milk bottle. Just place these parts inside Ellie and make
sure they sit correctly above the UV LED lights to get
maximum UV exposure. Again, please don't overfill the Ellie
case chamber with too many parts at once.

**Can Ellie purify water for formula?**
Yes. Fill a bottle with water, place the bottle in Ellie without
anything over the opening, and Ellie will simultaneously
sterilize the bottle's interior and purify the water inside.

**What else can Ellie sterilize?**
Ellie was designed for baby bottles and pacifiers,  and it's
also great for sterilizing exposed surfaces of other everyday

items that can transmit germs, such as cell phones, tablets, TV remote controls, coffee mugs, key chains, toothbrushes, dentures, utensils, small toys, etc. But please remember not to overfill the Ellie case with too many items at once.

**Is Ellie compatible with all baby bottles?**

Ellie is compatible with most baby bottles on the market. To ensure best results, we recommend bottles made by the following brands: Philips Avent, NUK, and MAM. These bottles have simple designs and no complicated geometries inside the bottle. Ellie is compatible with Dr. Brown bottles, except for the anti-colic tube which is difficult for Ellie's UV LED light to get into. Please avoid putting elongated tubes inside Ellie for purpose of sterilizing their interiors.

**Is Ellie waterproof?**

Ellie is water resistant. It can be wiped with a wet cloth, but not washed against running water or put into a dishwasher.

**How big is Ellie?**

Ellie is 7.6 inches wide (193 mm), 9.33 inches tall (237 mm), and 3.7 inches deep (94 mm).

**What is Ellie's retail price?**

$129.

---

Let us know if you think this campaign contains prohibited content.

SIGN UP FOR INSPIRATION

FOLLOW US



*Private, secure, spam-free*

Ellie. The first ever digital UV sterilizing pod. | Indiegogo

ABOUT INDIEGOGO

About Us

Indiegogo vs.
Kickstarter

Careers

Partner Pages

Brand Resources

Press

Blog

Essential Guide to
Crowdfunding

Trust & Safety

Help & Support

Contact Us

LANGUAGE

English

Terms of Use    Privacy Policy    Cookie Policy    Partner Terms

© 2017 Indiegogo, Inc. All Rights Reserved