# EXHIBIT 6

# 04 Jun RayVio Achieves Record Performance of Deep Ultraviolet LEDs

in Press Releases · Share

**Hayward, Calif.** – *June 4, 2015* – RayVio Corporation, the world leader in the development and commercialization of deep ultraviolet (UV) LEDs and solutions, announced today they have demonstrated record performance of deep UV LEDs. RayVio's unique and proprietary LED technology enables high optical output power and efficiency, resulting in a single chip device capable of delivering 45 mW continuous power in the deep UV wavelengths from a 0.15 mm2 emitting area. This delivers a record CW power density of 30 W/cm2 at the emission surface.

RayVio's core technology was invented by co-founder and CTO, Dr. Yitao Liao, and Professor Theodore Moustakas, pioneer of the blue LED and solid-state lighting revolution, and is exclusively licensed to RayVio from Boston University. The technology is based on a proprietary and fundamentally different approach compared to techniques that have been attempted by the industry unsuccessfully for the past 15 years. This enables RayVio to provide the highest optical power at the lowest cost than is otherwise commercially available.

"Our novel UV LED technology continues to validate its superiority," said Dr. Yitao Liao, RayVio co-founder and CTO "This enables us to unleash Haitz' Law for deep UV LEDs, the same Haitz' Law that enabled blue and white LEDs to revolutionize the lighting and display industries."

RayVio is working closely with world-class OEM customers to develop a host of integrated products enabled by their UV LED devices. Applications range from digital curing, to dermatology and biomedical instrumentation, as well as surface, air and water disinfection for consumers."We're extremely excited by the overwhelming level of customer interest received thus far from a wide variety of industries.

"We continue to work closely with our partners to bring to market the most advanced UV LED solutions." said Dr. Robert C. Walker, RayVio co-founder and CEO. "Leading OEM and consumer electronics manufacturing partners have

been evaluating our current products for the past several months, while we continue to install more capacity at our facility in Silicon Valley and ramp global supply chain partners to satisfy customer demand."

With headquarters in Silicon Valley, CA and manufacturing and integration support located around the globe, RayVio's capital-efficient and scalable manufacturing process allows for rapid capacity expansion and lower manufacturing cost. RayVio's high-performance and cost effective UV LEDs make it possible for customers to decrease system price, complexity, and time to market. This is accelerating UV LED adoption, enabling a vast offering of life saving applications that would otherwise not be possible.

**About RayVio**

RayVio is transforming how we use UV today by offering consumer disinfection solutions that are higher performance, require less power, are portable, durable, and cost effective.

RayVio's patent protected UV LED technology and materials, originally developed at Boston University by co-founders Dr. Yitao Liao and Prof. Theodore Moustakas, are highly differentiated, delivering performance at price points which are enabling the mass adoption of UV LED solutions in the industrial, commercial and consumer sectors.

RayVio's novel UV LED technology will make possible the highest performance, most cost effective solutions for industrial curing, for UV medical treatment devices to treat ailments ranging from vitamin D deficiency to Multiple Sclerosis, and for the UV water, surface and air disinfection markets.

**CONTACT**

For additional information contact:

T.J. de Jony
+1-650-208-8482
info@rayvio.com

Back To Press Releases