Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA  94025
Tel.:   (650) 752-3100
Fax.:   (650) 853-1038

Brett M. Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
David L. Simson (SBN 287900)
*dsimson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.:   (415) 733-6000
Fax.:   (415) 677-9041

Attorneys for Defendant
RayVio Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> RAYVIO CORPORATION, <br><br> Defendant. | Case No. 5:17-cv-02952-EJD <br><br> **DEFENDANT RAYVIO CORPORATION'S LOCAL CIVIL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** <br><br> Courtroom:   4, 5th Floor <br> Judge:   Hon. Edward J. Davila |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Capricorn-Libra Investment Group, LP (investor)
- DCM VI, L.P. (investor)
- IPV Capital II HK Limited (investor)

These representations are made to enable the Court to evaluate possible disqualification or recusal.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant RayVio Corporation ("RayVio"), hereby files this corporate disclosure statement, and certifies that RayVio has no corporate parents, and no publicly held corporations own 10% or more of RayVio's stock.

Dated: June 8, 2017
Respectfully submitted,

By: /s/ Brett M. Schuman
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA  94025
Tel.: (650) 752-3100
Fax.: (650) 853-1038

Brett M. Schuman
*bschuman@goodwinlaw.com*
David L. Simson
*dsimson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: (415) 733-6000
Fax.: (415) 677-9041

Attorneys for Defendant
RayVio Corporation

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 8, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 8th day of June 2017.

/s/ Brett M. Schuman
Brett M. Schuman