LATHAM & WATKINS LLP
  Daniel M. Radke (Bar. No. 307718)
*daniel.radke@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
  Charles H. Sanders (*pro hac vice*)
*charles.sanders@lw.com*
  Anant K. Saraswat (*pro hac vice*)
*anant.saraswat@lw.com*
  Christopher W. Henry (*pro hac vice*)
*christopher.henry@lw.com*
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001

LATHAM & WATKINS LLP
  Lawrence J. Gotts (*pro hac vice*)
*lawrence.gotts@lw.com*
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Plaintiff
Nitride Semiconductors Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAYVIO CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 5:17-cv-02952-EJD<br><br>US District Judge Edward J. Davila<br><br>[~~PROPOSED~~] ORDER ON DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION FOR ITS RESPONSIVE CLAIM CONSTRUCTION BRIEF |

1  This matter comes before the Court on Defendant RayVio Corporation's Administrative
2  Motion for Leave to Exceed the Page Limitation for its Responsive Claim Construction Brief.
3  Having considered Defendant's motion and Plaintiff's opposition, the Court hereby
4  ORDERS that Defendant's motion is DENIED.
5  IT IS SO ORDERED.

Dated: March 5, 2018

_____
District Judge Edward J. Davila

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON DEFENDANT'S
MOT. FOR LEAVE TO EXCEED PAGE LIMIT
CASE NO. 5:17-CV-02952-EJD

1