UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD.,<br>Plaintiff,<br>v.<br>RAYVIO CORPORATION,<br>Defendant. | Case No. 5:17-cv-02952-EJD<br><br>**PRETRIAL ORDER (JURY)**<br><br>Re: Dkt. No. 104 |

The above-entitled action is scheduled for a Trial Setting Conference on June 28, 2018. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | June 28, 2018 as per the Court's currently governing Scheduling Order<br><br>July 6, 2018, solely for two depositions of each party, and supplemental interrogatory responses, solely with respect to evidence discovered during such depositions |
| Designation of Opening Experts with Reports for Party with Burden of Proof | August 15, 2018 |
| Designation of Rebuttal Experts with Reports | September 15, 2018 |

| | |
|---|---|
| Expert Discovery Cutoff | September 26, 2018 |
| Last day to file Summary Judgment and *Daubert* Motions, if motions filed | October 15, 2018 |
| Opposition to Summary Judgment and *Daubert* Motions, if motions filed | October 31, 2018 |
| Reply in Support of Summary Judgment and *Daubert* Motions, if motions filed | November 14, 2018 |
| Hearing on Summary Judgment and *Daubert* Motions, if motions filed | 9:00 a.m. on November 29, 2018 |
| Meet and Confer for Final Pretrial Conference | December 14, 2018 |
| Joint Final Preconference Statement, Joint Witness List, Joint Exhibit List, Deposition and Discovery Designations, and Motions *in Limine* | December 31, 2018 |
| Oppositions to Motions *in Limine*, Proposed Voir Dire, Proposed Jury Instructions, Proposed Jury Verdict Forms, and a Short Neutral Statement of the Case | January 14, 2019 |
| Final Pretrial Conference | 11:00 a.m. on January 24, 2019 |
| Objections to Deposition and Discovery Designations, and Counter Designations | January 31, 2019 |
| Delivery of Trial Exhibits | February 4, 2019 |
| Jury Selection | 9:00 a.m. on February 12, 2019 |
| Jury Trial[1] | February 12, 13, 15, 22, 26, 2019 |
| Jury Deliberations | February 27, 2019 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for

---

[1] Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

2

Case No.: [5:17-cv-02952-EJD](5:17-cv-02952-EJD)
PRETRIAL ORDER (JURY)

Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: June 19, 2018

EDWARD J. DAVILA
United States District Judge

---

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

3

Case No.: 5:17-cv-02952-EJD
PRETRIAL ORDER (JURY)