1   LATHAM & WATKINS LLP
      Patricia Young (Bar No. 291265)
2   *patricia.young@lw.com*
    140 Scott Drive
3   Menlo Park, CA 94025
    T: (650) 328-4600 / F: (650) 463-2600
4
    LATHAM & WATKINS LLP
5     Thomas W. Yeh (Bar No. 287118)
    *thomas.yeh@lw.com*
6   355 South Grand Avenue, Suite 100
    Los Angeles, CA 90071
7   T: (213) 485-1234 / F: (213) 891-8763

8   LATHAM & WATKINS LLP
      Charles H. Sanders (*pro hac vice*)
9   *charles.sanders@lw.com*
      Christopher W. Henry (*pro hac vice*)
10  *christopher.henry@lw.com*
    John Hancock Tower, 27th Floor
11  200 Clarendon Street
    Boston, Massachusetts 02116
12  T: (617) 948-6000 / F: (617) 948-6001

13  LATHAM & WATKINS LLP
      Lawrence J. Gotts (*pro hac vice*)
14  *lawrence.gotts@lw.com*
      Kevin C. Wheeler (Bar No. 261177)
15  *kevin.wheeler@lw.com*
      Holly K. Victorson (Bar No. 305595)
16  *holly.victorson@lw.com*
    555 Eleventh Street, N.W. Suite 1000
17  Washington, D.C. 20004-1304
    T: (202) 637-2200 / F: (202) 637-2201
18
    Attorneys for Plaintiff
19  Nitride Semiconductors Co., Ltd.

20              UNITED STATES DISTRICT COURT

21            NORTHERN DISTRICT OF CALIFORNIA

22                  SAN JOSE DIVISION

23  | NITRIDE SEMICONDUCTORS CO., LTD., | CASE NO. 5:17-cv-02952-EJD |
    | a Japanese corporation, | |
24  | | **DECLARATION OF PATRICIA YOUNG IN** |
    | Plaintiff, | **SUPPORT OF ADMINISTRATIVE MOTION** |
25  | | **TO FILE UNDER SEAL PORTIONS OF** |
    | | **PLAINTIFF'S MOTION FOR RELIEF FROM** |
26  | v. | **NONDISPOSITIVE PRETRIAL ORDER OF** |
    | | **MAGISTRATE JUDGE AND EXHIBITS** |
27  | RAYVIO CORPORATION, a Delaware | |
    | corporation, | |
28  | Defendant. | |

I, Patricia Young, declare as follows:

1.   I am a member in good standing of the bar of the State of California and counsel for the law firm of Latham & Watkins LLP, counsel for Nitride Semiconductors Co., Ltd. ("NS") in this matter.  I have personal, first-hand knowledge of the facts set forth in this Declaration.  If called as a witness, I could and would competently testify to these facts under oath.

2.   I submit this declaration in accordance with Local Rule 7-11(a) and Local Rule 79-5 in support of the Administrative Motion to File Under Seal Portions of Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge and Exhibits.

3.   Pursuant to Local Rule 79-5(e), the following table identifies the portions of Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge and supporting documents that contain or refer to information that was designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" or similar by Defendant RayVio Corporation ("RayVio") pursuant to the Stipulated Protective Order in this case, *see* Dkt. No. 46, and which NS understands RayVio would wish to keep under seal based on such designations.

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge [Dkt. No. 130] | Highlighted portions of the document at 1:27, 2:1, 2:17–19, 2:23–26, 3:18, 3:22–23, 4:13–15, 4:17, 4:24, and 5:1. | Local Rule 79-5(e): Contains information designated by RayVio as HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under Protective Order |
| Exhibit A to Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge | Entire document | Local Rule 79-5(e): Contains information designated by RayVio as HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under Protective Order |
| Exhibit B to Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge | Entire document | Local Rule 79-5(e): Contains information designated by RayVio as HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under Protective Order |
| Exhibit C to Plaintiff's Motion for Relief from | Entire document | Local Rule 79-5(e): Contains information designated by RayVio as HIGHLY |

| | | |
|---|---|---|
| Nondispositive Pretrial Order of Magistrate Judge | | CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under Protective Order |
| Exhibit D to Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge | Entire document | Local Rule 79-5(e): Contains information designated by RayVio as HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under Protective Order |
| Exhibit E to Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge | Entire document | Local Rule 79-5(e): Contains information designated by RayVio as HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under Protective Order |
| Exhibit F to Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge | Entire document | Local Rule 79-5(e): Contains information designated by RayVio as HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under Protective Order |
| Exhibit G to Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge | Entire document | Local Rule 79-5(e): Contains information designated by RayVio as HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under Protective Order |
| Exhibit I to Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge | Entire document | Local Rule 79-5(e): Contains information designated by RayVio as HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under Protective Order |
| Exhibit J to Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge | Entire document | Local Rule 79-5(e): Contains information designated by RayVio as HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under Protective Order |
| Exhibit K to Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge | Entire document | Local Rule 79-5(e): Contains information designated by RayVio as HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under Protective Order |

1        I declare under penalty of perjury that the foregoing is true and correct, and that I

2 executed this Declaration on August 15, 2018 in Menlo Park, California.

3

4

5                                    */s/ Patricia Young*
                                   Patricia Young

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. ISO ADMINISTRATIVE
MOT. TO FILE UNDER SEAL
CASE NO. 3:17-cv-02952