ROBERT F. KRAMER (Bar No. 181706)
Email: robert.kramer@dentons.com
RUSSELL S. TONKOVICH (Bar No. 233280)
Email: russell.tonkovich@dentons.com
JENNIFER D. BENNETT (Bar No. 235196)
Email: jennifer.bennett@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

KATE E. HART (Bar No. 275121)
Email: kate.hart@dentons.com
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700
Telephone: (816) 460-2400
Facsimile: (816) 531-7545

Attorneys for Defendant
RAYVIO CORP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAYVIO CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 5:17-cv-02952-EJD-SVK<br><br>**DECLARATION OF KATE E. HART IN SUPPORT OF RAYVIO CORPORATION'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S TECHNICAL EXPERT DR. FERGUSON'S EXPERT REPORT** |

I, Kate E. Hart, declare as follows:

1. I am an attorney with the law firm Dentons US LLP, counsel of record for Defendant RayVio Corporation ("RayVio"). I am a member in good standing with the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Disclosure of Asserted Claims and Infringement Contentions, dated September 8, 2017.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff's First Amended Disclosure of Asserted Claims and Infringement Contentions, dated October 24, 2017.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit A1 to Plaintiff's Disclosure of Asserted Claims and Infringement Contentions, dated September 8, 2017.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit A2 to Plaintiff's Disclosure of Asserted Claims and Infringement Contentions, dated September 8, 2017.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the expert report of Ian Ferguson, dated August 15, 2018.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Ian Ferguson, Ph.D., dated November 12, 2018.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Ferguson deposition Exhibit 2.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the Markman hearing transcript, dated April 19, 2018.

10. Attached hereto as **Exhibit 9** is a true and correct copy of U.S. Patent No. 6,861,270, Bates numbered NS00000001 - NS00000010.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an e-mail and attachments from Patricia Young to the Court, dated July 19, 2018.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a document Bates numbered NS00000814 - NS00000816.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a document Bates

1  numbered NS00000821.

2      14.    Attached hereto as **Exhibit 13** is a true and correct copy of Exhibit O to

3  Plaintiff's First Amended Disclosure of Asserted Claims and Infringement Contentions, dated

4  October 24, 2017.

5      15.    Attached hereto as **Exhibit 14** is a true and correct copy of an e-mail between

6  Counsel dated September 13, 2017.

7      16.    Attached hereto as **Exhibit 15** is a true and correct copy of an e-mail between

8  Counsel, dated September 13, 2017.

9      17.    Attached hereto as **Exhibit 16** is a true and correct copy of an e-mail between

10  Counsel, dated September 15, 2017.

11      18.    Attached hereto as **Exhibit 17** is a true and correct copy of e-mail between

12  Counsel, dated September 18, 2017.

13      19.    Attached hereto as **Exhibit 18** is a true and correct copy of e-mail between

14  Counsel, dated October 4, 2017.

15      20.    Attached hereto as **Exhibit 19** is a true and correct copy of e-mail between

16  Counsel, dated October 6, 2017.

17      21.    Attached hereto as **Exhibit 20** is a true and correct copy of RayVio Corporations

18  First Set of Requests for Production to Plaintiff, dated October 11, 2017.

19      22.    Attached hereto as **Exhibit 21** is a true and correct copy of letter between

20  Counsel, dated February 26, 2018.

21      23.    Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from the

22  deposition transcript of Joshua Abell, Ph.D., dated July 3, 2018.

23      I declare under penalty of perjury that the foregoing is true and correct, and that I

24  executed this Declaration on December 3, 2018 in Kansas City, Missouri.

25

26                              */s/ Kate E. Hart*
                              Kate E. Hart

27

28