LATHAM & WATKINS LLP
  Kevin C. Wheeler (Bar No. 261177)
*kevin.wheeler@lw.com*
  Patricia Young (Bar No. 291265)
*patricia.young@lw.com*
140 Scott Drive
Menlo Park, CA 94025
T: (650) 328-4600 / F: (650) 463-2600

LATHAM & WATKINS LLP
  Thomas W. Yeh (Bar No. 287118)
*thomas.yeh@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
T: (213) 485-1234 / F: (213) 891-8763

LATHAM & WATKINS LLP
  Charles H. Sanders (*pro hac vice*)
*charles.sanders@lw.com*
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, Massachusetts 02116
T: (617) 948-6000 / F: (617) 948-6001

Attorneys for Plaintiff
Nitride Semiconductors Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAYVIO CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 5:17-cv-02952-EJD<br><br>**DECLARATION OF THOMAS W. YEH IN SUPPORT OF PLAINTIFF NITRIDE SEMICONDUCTORS CO., LTD.'S OPPOSITION TO DEFENDANT RAYVIO CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 6,861,270**<br><br>Date: January 17, 2019<br>Time: 9:00 a.m.<br>Place: San Jose Courthouse,<br>Courtroom 4 - 5th Floor<br>Judge: Honorable Edward J. Davila |

I, Thomas W. Yeh, declare as follows:

1.  I am a member in good standing of the bar of the State of California and associate of the law firm of Latham & Watkins LLP, counsel for Nitride Semiconductors Co., Ltd. in the above-captioned matter. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify as to these facts under oath.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Edwin Piner Regarding Non-Infringement of U.S. Patent No. 6,681,270, dated September 17, 2018 and served to RayVio on September 17, 2018.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Ian Ferguson, Ph.D., dated November 12, 2018.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent No. 6,821,270, Bates numbered NS00000001 – NS00000010.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Edwin Piner, Ph.D., dated November 14, 2018.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of RayVio Corporation's Second Supplemental Responses and Objections to Plaintiff Nitride Semiconductors Co., Ltd.'s Second Set of Interrogatories (Nos. 7, 8, 11), dated May 31, 2018.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report of Ian Ferguson Relating to Infringement, dated August 15, 2018, and served on that date.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 4 from the deposition of Edwin Piner, Ph.D., dated November 14, 2018.

9.  Attached hereto as **Exhibit 8** is a true and correct copy of Exhibit 5 from the deposition of Edwin Piner, Ph.D., dated November 14, 2018.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit 6 from the deposition of Edwin Piner, Ph.D., dated November 14, 2018.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit 7 from the deposition of Edwin Piner, Ph.D., dated November 14, 2018.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a document Bates numbered NS00350738 – NS00350744.

13. Attached hereto as **Exhibit 12** is a true and correct copy of PCT Application Serial No. PCT/US11/34724, Bates numbered NS00349813 – NS00349888.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on December 11, 2018 in Los Angeles, California.

                                                       */s/Thomas W. Yeh*
                                                       Thomas W. Yeh