# EXHIBIT 11

Case 5:17-cv-02952-EJD   Document 183-11   Filed 12/11/18   Page 2 of 8

# About Us



NS00350738

# Unveiling a new era of health and hygiene innovation.

## About Us

RayVio Corp. is an advanced health and hygiene company that delivers clean water and environments. RayVio helps protect billions from germs and creates new markets and revenue streams by enabling a new class of products. Its powerful and efficient UV LED technology can be integrated into a variety of applications, powering versatile on-demand solutions that give consumers control over health without chemicals or costly consumables.





Interested in joining our team?                          Quick answers to common 

Careers                                                  Common FAQs

NS00350740

# Leadership



### DR. ROBERT C. WALKER / CEO

Dr. Walker is CEO of RayVio, serves on its board of directors a speaks for the company's mission at healthcare and consume events. Dr. Walker has 20 years experience in the LED and cor semiconductor world, particularly in Asia, and 6 years of ventu experience. He was formerly a Partner at Sierra Ventures and BridgeLux. He has a Ph.D. in Physics from Caltech.

### DR. YITAO LIAO / CHIEF INNOVATION OFFICER

Dr. Liao is CIO of Rayvio and also serves on its board of direct Liao is responsible for driving overall strategy and developme

NS00350741



RayVio's business; with a particular focus on RayVio's UV-LED and consumer products and partnerships. Dr. Liao co-developed RayVio's core material technology at Boston University. He was an epitaxial growth scientist at Philips LumiLeds. He has a Ph.D. Electrical Engineering from Boston University.



### DR. DOUG COLLINS / CTO & VP OF ENGINEERING

Dr. Collins is responsible for all aspects of technology and technology development across RayVio. Dr. Collins has more than 20 years experience in semiconductor device design and development, encompassing epitaxial materials growth, device fabrication, manufacturing, test and reliability. He held a variety of positions at EMCORE, including Principal Scientist, reporting to the CTO. He has a Ph.D. in Physics from Caltech.



Case 5:17-cv-02952-EJD   Document 183-11   Filed 12/11/18   Page 7 of 8



### BRIAN GIBSON / VP OF OPERATIONS

Brian Gibson is responsible for RayVio's global operations incl administration, finance, procurement and manufacturing. Mr. has over 25 years of experience ensuring operational eﬃcien project coordination at companies including Emcore, Enable E and Sharp Solar Systems. Mr. Gibson earned an MBA in Finan as degrees in MIS and Marketing.



Case 5:17-cv-02952-EJD   Document 183-11   Filed 12/11/18   Page 8 of 8

NS00350744