LATHAM & WATKINS LLP
  Kevin C. Wheeler (Bar No. 261177)
*kevin.wheeler@lw.com*
  Patricia Young (Bar No. 291265)
*patricia.young@lw.com*
140 Scott Drive
Menlo Park, CA 94025
T: (650) 328-4600 / F: (650) 463-2600

LATHAM & WATKINS LLP
  Thomas W. Yeh (Bar No. 287118)
*thomas.yeh@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
T: (213) 485-1234 / F: (213) 891-8763

LATHAM & WATKINS LLP
  Charles H. Sanders (*pro hac vice*)
*charles.sanders@lw.com*
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, Massachusetts 02116
T: (617) 948-6000 / F: (617) 948-6001

Attorneys for Plaintiff
Nitride Semiconductors Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NITRIDE SEMICONDUCTORS CO., LTD., a Japanese corporation, <br><br> Plaintiff, <br><br> v. <br><br> RAYVIO CORPORATION, a Delaware corporation, <br><br> Defendant. | CASE NO. 5:17-cv-02952-EJD-SVK <br><br> **[~~PROPOSED~~] ORDER OF DEFAULT JUDGMENT** |

Pending before the Court is Plaintiff Nitride Semiconductors Co., Ltd.'s ("NS's") Motion for Default Judgment. The Court, having reviewed and considered the briefing and arguments in this matter and all factual statements therein, hereby **GRANTS** NS's Motion for Default Judgment it is ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of plaintiff NS and against defendant RayVio Corporation ("RayVio") as follows:

1. RayVio has infringed U.S. Patent No. 6,861,270 ("the '270 Patent").
2. The asserted claims of the '270 Patent are not invalid.
3. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: January 13, 2020

Honorable Edward J. Davila
United States District Judge